# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

MAY 2021    000494

E-Filing Number: 2105008473

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| PATRICIA BAKER | JASON SNEAD |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 118 S. 21ST STREET APT. 911<br>PHILADELPHIA PA 19103 | 27 N. CANNON DRIVE<br>WILMINGTON DE 19809 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | AMAZON.COM, INC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 410 TERRY AVENUE NORTH<br>SEATTLE WA 98109 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | JOHN DOE |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 410 TERRY AVENUE NORTH<br>SEATTLE WA 98109 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration  [ ] Mass Tort  [ ] Commerce  [ ] Settlement<br>[ ] Jury  [ ] Savings Action  [ ] Minor Court Appeal  [ ] Minors<br>[X] Non-Jury  [ ] Petition  [ ] Statutory Appeals  [ ] W/D/Survival<br>[ ] Other: |

**CASE TYPE AND CODE**
2V – MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
MAY 05 2021
S. RICE

**IS CASE SUBJECT TO COORDINATION ORDER?**   YES   NO

---

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: PATRICIA BAKER

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ELI LEVINE | 19 SOUTH 21ST STREET<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)569-4488 | (215)644-8049 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 309475 | elevine@altman-lawfirm.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ELI LEVINE | Wednesday, May 05, 2021, 04:04 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

1

**LAW OFFICES OF CRAIG A. ALTMAN, P.C.**
BY:   ELI S. LEVINE, ESQUIRE
I.D. NO.: 309475
19 SOUTH 21ST STREET
PHILADELPHIA, PA 19103
215-569-4488

*Filed and Attested by the Office of Judicial Records 05 MAY 2021 04:04 pm S. RICE*

**MAJOR NON-JURY**

Attorney for plaintiff

---

**PATRICIA BAKER**
118 S. 21ST STREET
PHILADELPHIA, PA 19103

   v.

**JASON SNEAD**
27 N. CANNON DRIVE
WILMINGOTN, DE 19809
   &.
**AMAZON.COM, INC.**
410 TERRY AVENUE NORTH
SEATTLE, WA 98109
   &.
**JOHN DOE**
410 TERRY AVENUE NORTH
SEATTLE, WA 98109

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS
COUNTY OF PHILADELPHIA

---

**COMPLAINT IN PERSONAL INJURY**
**2V MOTOR VEHICLE ACCIDENT**

Case ID: 210500494

| NOTICE | ADVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.<br><br>IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE<br>PHILADELPHIA BAR ASSOCIATION<br>LAWYER REFERRAL and INFORMATION SERVICE<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333<br>TTY: (215) 451-6197 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias, de plazo al partir de la fecha de la demanda y la notificatión. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL:<br><br>ASSOCIACION DE LICENDIADOS DE FILADELFIA<br>SERVICIO DE REFENCIA E INFORMACION LEGAL<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>Teléfono: (215) 238-6333<br>TTY: (215) 451-6197 |

## COMPLAINT IN PERSONAL INJURY
## 2V MOTOR VEHICLE ACCIDENT

1. Plaintiff, Patricia Baker (hereinafter referred to as "Plaintiff") is a citizen and resident of the Commonwealth of Pennsylvania, residing at the address listed in the caption of this Complaint.

2. Defendant, Jason Snead (hereinafter referred to as "Defendant Snead"), is a citizen and resident of the State of Delaware residing at the address listed in the caption of this Complaint; at all times material hereto Defendant Snead was acting in the course and scope of his employment and/or control of defendant Amazon.com, Inc and/or Defendant John Doe.

3. Defendant, Amazon.com, Inc. (hereinafter referred to as "Defendant Amazon"), is a business entity that with a business address listed in the caption of this Complaint; at all times material hereto Defendant Amazon was acting by and through their agents, servants, franchisees,

Case ID: 210500494

3

workmen, contractors, subcontractors, licensees, an/or employees, and at all times material hereto employed and/or controlled Defendant Snead.

4. Defendant, John Doe, is an individual and/or business entity whose actual name is unknown to Plaintiff after having conducted a reasonable search with due diligence which at all times material hereto was the person and/or entity responsible for Defendant Snead delivering Amazon packages at the time of the accident at issue in this matter that occurred on or about February 23, 2020; the John Doe designation is averred to be fictitious.

5. On or about February 23, 2020, Plaintiff was a pedestrian walking within the southwest crosswalk at the intersection of 20th street and JFK Boulevard in the City and County of Philadelphia, in the Commonwealth of Pennsylvania.

6. At the same date and time and location Defendant Snead, in the course and scope of his job as an Amazon delivery driver, operated a motor vehicle (hereinafter referred to as "Defendant's Vehicle") on 20th Street at or near the intersection with JFK Boulevard in the City and County of Philadelphia, in the Commonwealth of Pennsylvania.

7. Suddenly and without warning, Defendant Snead, negligently, carelessly and/or recklessly operated Defendant's Vehicle in such a manner as to make a left hand turn from 20th Street onto JFK Boulevard violently striking Plaintiff as she was crossing JFK Boulevard, with the right of way, in the crosswalk (hereinafter referred to as the "Collision").

8. The Collision was solely due to the negligence, carelessness, and/or recklessness of the Defendants.

9. Plaintiff in no way contributed to the happening of the Collision.

10. As a direct result of the Collision, Plaintiff suffered various serious and permanent personal injuries, serious impairment of body function and/or permanent serious

4

disfigurement, and/or aggravation of pre-existing conditions, including, but not limited to: left humerus fracture, left anterior acetabulum fracture, left posterior tibial plateau fracture, left proximal tibial fracture, left superior pubic ramus fracture, left sacral fracture, left inferior pubuc ramus fracture, loss of blood, medial thigh hematoma, right gluteal tendon enthsopathy, and any other ills and/or injuries, all to Plaintiff's great loss and detriment.

11. As a result of these injuries, all of which are permanent in nature and all of which are to Plaintiff's great financial detriment and loss, Plaintiff has in the past, is presently and may in the future suffer great pain, anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

12. As an additional result of the Collision, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

13. As a further result of the Plaintiff's injuries, Plaintiff has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to Plaintiff's further loss and detriment.

14. Furthermore, in addition to all the injuries and losses suffered by the Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses in an amount equal to and/or in excess of the basic personal injury protection benefits required by the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa.C.S. §1701, et. seq., as amended, and/or Worker's Compensation Benefits pursuant to Act 57, and for which plaintiff makes a claim for payment in the present action.

**COUNT I**
**Patricia Baker v. Jason Snead**
**Personal Injury**

Case ID: 210500494

5

15. Plaintiff incorporates herein the allegations set forth in the aforementioned paragraphs, inclusive, as if set forth here at length.

16. The negligence, carelessness and/or recklessness of defendant, acting individually and/or by and through defendant's agents, servants, workmen and/or employees, consisted of the following:

    a. Operating a motor vehicle in a negligent, careless and/or reckless manner without regard for the rights or safety of Plaintiff or others;

    b. Failing to have the motor vehicle under proper and adequate control;

    c. Failing to observe the position of Plaintiff and to take such action as was necessary to prevent the Collision;

    d. Failing to operate the motor vehicle at a speed which would allow defendant to avoid the Collision;

    e. Operating the motor vehicle at a dangerous and excessive rate of speed under the circumstances;

    f. Being inattentive to defendant's duties as an operator of the motor vehicle;

    g. Disregarding traffic lanes, patterns and other devices;

    h. Failing to keep an adequate distance from other motor vehicles in the vicinity;

    i. Failing to perceive the highly apparent danger to others which the actions and/or inactions posed;

6

j.  Failing to give Plaintiff meaningful warning signs concerning the impending Collision;

k.  Failing to exercise ordinary care to avoid injuring Plaintiff;

l.  Failing to be highly vigilant and maintain sufficient control of the motor vehicle;

m.  Causing the Collision;

n.  Operating the motor vehicle with disregard for the rights, safety and proximity of Plaintiff, even though defendant was aware, or should have been aware of Plaintiff's presence and the threat of harm posed to Plaintiff;

o.  Failing to inspect the motor vehicle and/or to maintain the motor vehicle in a safe and non-defective condition;

p.  Allowing a dangerous, unsafe and defective motor vehicle to be operated on a public highway;

q.  Failing to operate the motor vehicle in compliance with the applicable laws and ordinances of the city and county of Philadelphia and the Statutes of the Commonwealth of Pennsylvania pertaining to the operation and control of motor vehicles; and,

r.  In other respects that may be pointed out at time of trial.

**WHEREFORE**, Plaintiff demands judgment in Plaintiff's favor and against defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus all reasonable attorney's fees, costs and any other relief the court deems necessary.

Case ID: 210500494

7

## COUNT II
### Patricia Baker v. Amazon.com, Inc.
### Negligent Entrustment/Respondeat Superior

17. Plaintiff incorporates all herein the allegations set forth in the aforementioned paragraphs as if set forth here at length.

18. Defendant is vicariously responsible for the acts and/or omissions of its agents, servants, workmen and/or employees under the doctrine of respondeat superior and/or negligent entrustment.

19. The negligence, carelessness and/or recklessness of defendant consisted of the following:

   a. Negligently allowing Defendant Snead to deliver Amazon packages when Defendant Amazon knew or should have known Defendant Snead as having a propensity for negligent operation of a motor vehicle;

   b. Negligently hiring Defendant Snead to deliver Amazon packages when Defendant Amazon knew or should have known Defendant Snead as being inadequately experienced, unqualified, untrained, and/or inadequately trained to perform the requisite activities of Defendant Snead's duties.

   c. Failing to properly and adequately monitor the performance of Defendant Snead while performing the requisite duties while delivering Amazon packages.

8

**WHEREFORE**, Plaintiff demands judgment in Plaintiff's favor and against defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus all reasonable attorney's fees, costs and any other relief the court deems necessary.

COUNT III
**Patricia Baker v. John Doe.**
<u>Personal Injury</u>

20.    Plaintiff incorporates herein the allegations set forth in the aforementioned paragraphs, inclusive, as if set forth here at length.

21.    The negligence, carelessness and/or recklessness of defendant, acting individually and/or by and through defendant's agents, servants, workmen and/or employees, consisted of the following:

> a.    Operating a motor vehicle in a negligent, careless and/or reckless manner without regard for the rights or safety of Plaintiff or others;
>
> b.    Failing to have the motor vehicle under proper and adequate control;
>
> c.    Failing to observe the position of Plaintiff and to take such action as was necessary to prevent the Collision;
>
> d.    Failing to operate the motor vehicle at a speed which would allow defendant to avoid the Collision;
>
> e.    Operating the motor vehicle at a dangerous and excessive rate of speed under the circumstances;
>
> f.    Being inattentive to defendant's duties as an operator of the motor vehicle;

Case ID: 210500494

9

g. Disregarding traffic lanes, patterns and other devices;

h. Failing to keep an adequate distance from other motor vehicles in the vicinity;

i. Failing to perceive the highly apparent danger to others which the actions and/or inactions posed;

j. Failing to give Plaintiff meaningful warning signs concerning the impending Collision;

k. Failing to exercise ordinary care to avoid injuring Plaintiff;

l. Failing to be highly vigilant and maintain sufficient control of the motor vehicle;

m. Causing the Collision;

n. Operating the motor vehicle with disregard for the rights, safety and proximity of Plaintiff, even though defendant was aware, or should have been aware of Plaintiff's presence and the threat of harm posed to Plaintiff;

o. Failing to inspect the motor vehicle and/or to maintain the motor vehicle in a safe and non-defective condition;

p. Allowing a dangerous, unsafe and defective motor vehicle to be operated on a public highway;

q. Failing to operate the motor vehicle in compliance with the applicable laws and ordinances of the city and county of Philadelphia and the Statutes of the Commonwealth of Pennsylvania pertaining to the operation and control of motor vehicles; and,

Case ID: 210500494

10

r.    In other respects that may be pointed out at time of trial.

**WHEREFORE**, Plaintiff demands judgment in Plaintiff's favor and against defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus all reasonable attorney's fees, costs and any other relief the court deems necessary.

### COUNT IV
### Patricia Baker v. John Doe.
### Negligent Entrustment/Respondeat Superior

22.    Plaintiff incorporates all herein the allegations set forth in the aforementioned paragraphs as if set forth here at length.

23.    Defendant is vicariously responsible for the acts and/or omissions of its agents, servants, workmen and/or employees under the doctrine of respondeat superior and/or negligent entrustment.

24.    The negligence, carelessness and/or recklessness of defendant consisted of the following:

    d.  Negligently allowing Defendant Snead to deliver Amazon packages when Defendant John Doe knew or should have known Defendant Snead as having a propensity for negligent operation of a motor vehicle;

    e.  Negligently hiring Defendant Snead to deliver Amazon packages when Defendant John Doe knew or should have known Defendant Snead as being inadequately experienced, unqualified, untrained, and/or inadequately trained to perform the requisite activities of Defendant Snead's duties.

Case ID: 210500494

11

    f.  Failing to properly and adequately monitor the performance of Defendant Snead while performing the requisite duties while delivering Amazon packages.

**WHEREFORE**, Plaintiff demands judgment in Plaintiff's favor and against defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus all reasonable attorney's fees, costs and any other relief the court deems necessary.

                                            **LAW OFFICES OF CRAIG A. ALTMAN, P.C.**

                                            /s/ **Eli S. Levine**

                                            _____
                                            **ELI S. LEVINE, ESQUIRE**

## VERIFICATION

I am the PLAINTIFF in this action and verify that the statements made in the foregoing pleading are true and correct to the best of my knowledge, information and belief and I understand that the statement made therein are subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATE: 5/5/21                                          *Patricia M. Baker*

LAW OFFICES OF CRAIG A. ALTMAN, P.C.
BY:   ELI S. LEVINE, ESQUIRE
I.D. NO.: 309475
19 SOUTH 21ST STREET
PHILADELPHIA, PA 19103
215-569-4488

*Filed and Attested by the Office of Judicial Records 13 MAY 2021 09:29 am S. RICE*

MAJOR NON-JURY

---

| | |
|---|---|
| **PATRICIA BAKER** : | Attorney for plaintiff |
| : | |
| : | COURT OF COMMON PLEAS |
| : | COUNTY OF PHILADELPHIA |
| v. : | |
| : | |
| **JASON SNEAD, ET AL** : | NO.: 210500494 |
| : | |

---

### AFFIDAVIT OF SERVICE

TO THE PROTHONOTARY:

I, ELI S. LEVINE, ESQUIRE, being properly sworn according to law, hereby depose and say that:

On May 10, 2021, I served an attested copy of the Complaint in this matter on defendant, Amazon.com Inc., located at 410 Terry Avenue North, Seattle, WA 98109, via Certified Mail, per the attached USPS Tracking Number.

*/s/ Eli S. Levine, Esquire*
ELI S. LEVINE, ESQUIRE
ATTORNEY FOR PLAINTIFF

Case ID: 210500494



May 6, 2021

Dear Sir/Madam,

    Enclosed please find a time-stamped copy of the Complaint filed against you in the above-captioned matter, please send the Complaint to who is handling this matter, either your attorney or your insurance company. Please note you have 30 days in which to file a responsive pleading or a Default Judgment can and will be filed against you.

    Please do not hesitate to call my office with any questions.

                              Very truly yours,

                              Rita Spagna, Paralegal to
                              Eli S. Levine, Esquire

ESL/rs/enclosure
Via Regular and Certified Mail # 7020 3160 0001 4270 5899

Case ID: 210500494

Google    usps tracking number

Q All    Books    News    Shopping    Videos    More      Settings    Tools

About 64,300,000 results (0.55 seconds)

**Track your package**
Data provided by USPS

Tracking number 702031600001427O5899

**Delivered** ✓
May 10, 10:23AM
Seattle, WA

🌐 View details on USPS

📞 Call 1-800-275-8777

🚚 Track another package

https://www.usps.com › shipping › trackandconfirm
### USPS.com® - USPS Tracking®
Your **tracking number** can be found in the following places: · The shipping confirmation email you received from an online retailer · The bottom peel-off portion of ...

**Where is my package?**
USPS Tracking - Mail Theft - What is Package Pickup? - Hot Topics

**USPS**
Add a tracking number. Clear text field. Track · Informed Delivery ...

More results from usps.com »

https://www.usps.com › manage
### Receive Mail & Packages | USPS
Person retrieving mail from package mailbox. Receive Mail & Packages. Enter a **USPS Tracking®** **number** in the search box to check the status of a package. Track ...

https://www.usps.com
### USPS: Welcome
Welcome to **USPS**.com. Find information on our most ... Use our quick tools to find locations, calculate prices, look up a ZIP Code, and get **Track** & Confirm info.

### People also ask

Where is my package USPS?    ⌄

Can the USPS track my stimulus check?    ⌄

Why is the USPS tracking not working?    ⌄

Is there any other way to track a USPS package?    ⌄

Feedback

https://www.usps.com › text-tracking
### Text Tracking FAQs | USPS
You may call this phone **number** to obtain additional information on **USPS** Text **Tracking**: 1-800-222-1811. To obtain help from your mobile device, use any of the ...

Case ID: 210500494

| | |
|---|---|
| LAW OFFICE OF DONNA M. DIPIETRO<br>By: Eleanor C. Good<br>Attorney I.D. No. 313766<br>1601 Market Street, Suite 1040<br>Philadelphia, PA 19103<br>(215) 762-0400<br>e.good@nationwide.com | Attorney for Defendant<br>Jason Snead |



| | | |
|---|---|---|
| PATRICIA BAKER | : | COURT OF COMMON PLEAS |
|  | : | PHILADELPHIA COUNTY |
| vs. | : |  |
|  | : | MAY TERM, 2021 |
| JASON SNEAD and | : | NO. 00494 |
| AMAZON.COM, INC. and | : |  |
| JOHN DOE | : |  |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendant, Jason Snead, in the above-captioned matter.

Defendant, Jason Snead, by and through his undersigned counsel, hereby demand a trial by a jury of twelve (12). Kindly mark the docket "Jury Fee Paid" and accept the fee tendered herewith to Perfect the Demand for a Jury Trial.

*Eleanor C. Good*
_____
ELEANOR C. GOOD
Attorney for Defendant,
Jason Snead

Case ID: 210500494

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**
By:   Salvatore A. Clemente, Esquire
Attorney ID: 80830
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Email:Salvatore.Clemente@wilsonelser.com

*Filed and Attested by the Office of Judicial Records 07 JUN 2021 08:02 am G. IMPERATO*

Attorney for Defendant,
*Amazon.Com , Inc.*

| | |
|---|---|
| PATRICIA BAKER<br><br>        Plaintiff,<br>vs.<br><br>JASON SNEAD,<br>AMAZON.COM, INC. and<br>JOHN DOE<br><br>        Defendants, | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>CIVIL ACTION - LAW<br><br>No. 210500494<br><br><br>**ENTRY OF APPEARANCE** |

**TO THE OFFICE OF JUDICIAL RECORDS**:

   Kindly enter my appearance on behalf of Defendant, Amazon.Com, Inc., in the above-captioned matter.

                                                                Respectfully submitted,

                                                                WILSON, ELSER, MOSKOWITZ,
                                                                EDELMAN & DICKER LLP

                                            BY:  *Salvatore A. Clemente*
                                                                _____
                                                                Salvatore A. Clemente, Esquire
                                                                Attorney for Defendant,
Dated: June 7, 2021                                             *Amazon.Com, Inc.*

## **CERTIFICATE OF SERVICE**

     I, Salvatore A. Clemente, Esquire, attorney for Defendant, Amazon.Com, Inc., hereby certify that a true and correct copy of the foregoing, Entry of Appearance, was electronically filed via ECF and therefore viewable and deemed served on all counsel of record pursuant 231 Pa. Code 205.4 (g)(2)(ii).

                                                            *Salvatore A. Clemente*

                                                            Salvatore A. Clemente

Dated: June 7, 2021